Martin **HERNANDEZ–BAEZ**; Antonia Hernandez, Petitioners,

v.

Alberto R. **GONZALES**, Attorney General, Respondent.

No. 04–70875.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2006.*

Filed June 9, 2006.

Sung U. Park, Esq., Los Angeles, CA, for Petitioners.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Terri J. Scadron, Esq., Erika L. Ritt, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: CANBY, T.G. NELSON and KLEINFELD, Circuit Judges.

## MEMORANDUM **

This is a petition for review of the February 17, 2004 final order of the Board of Immigration Appeals.

Respondent's motion for summary disposition is granted because the questions raised by the petition for review are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

The court lacks jurisdiction to consider petitioners' challenge to the September 9, 2004 order denying petitioners' motions to reconsider and to reopen because no petition for review was filed from that order. *See* 8 U.S.C. § 1252(b).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.